UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

CONSUMER ELECTRONICS
ASSOCIATION et al.

            Plaintiffs,     :    09 Civ. 6583 (WHP)

        -against-          :    SCHEDULING ORDER

CITE OF NEW YORK et al.

           Defendants

------------------------------X

WILLIAM H. PAULEY III, District Judge:

        The parties having appeared for a telephone conference, the following is established on consent of the parties:

      (1) This Court will hear oral argument on the Plaintiffs' preliminary injunction motion on October 23, 2009, at 11:30 a.m.

      (2) If Defendants believe an evidentiary hearing is necessary, they will inform the Court by August 14, 2009;

      (3) If Plaintiffs believe that an evidentiary hearing is necessary, they will notify the Court by September 16, 2009.

Dated: August 4, 2009
       New York, New York

                          SO ORDERED:

                          WILLIAM H. PAULEY III
                          U.S.D.J.

*Counsel of Record:*

James B. Slaughter, Esq.
Beveridge & Diamond, P.C.
1350 I Street, N.W.
Suite 700
Washington, DC 20005
*Counsel for Plaintiffs*

Sarah Kogel-Smucker, Esq.
New York City Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*