UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

CONSUMER ELECTRONICS
ASSOCIATION et al.

           Plaintiffs,     :    09 Civ. 6583 (WHP)

           -against-     :    <u>ORDER</u>

CITY OF NEW YORK et al.

           Defendants
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

        The parties have jointly requested a continuance of the scheduled hearing on Plaintiffs' motion for a preliminary injunction. Accordingly, this Court orders the following on consent of the parties:

(1) The Clerk of the Court is directed to terminate Plaintiffs' motion for a preliminary injunction (Docket No. 19);

(2) This termination is without prejudice. Plaintiffs may renew their motion for a preliminary injunction by submitting a letter request on or before April 15, 2010. The motion will reinstated on the previously docketed papers.

(3) If the motion for a preliminary injunction is reinstated, this Court will hold oral argument on the renewed motion on May 7, 2010, at 10:00 a.m.

Dated: February 5, 2010
   New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

James B. Slaughter, Esq.
Michael G. Murphy, Esq.
Beveridge & Diamond, P.C.
1350 I Street, N.W.
Suite 700
Washington, DC 20005
*Counsel for Plaintiffs*

Hilary Meltzer, Esq.
Sarah Kogel-Smucker, Esq.
New York City Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*

Steven C. Russo, Esq.
Sive, Paget & Riesel, P.C.
460 Park Avenue
New York, NY 10022
*Counsel for Intervenor – Natural Resources Defense Council, Inc.*