USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                        :
CONSUMER ELECTRONICS                    :    09 Civ. 6583 (WHP)
ASSOCIATION, et al.,                    :
                                        :    SCHEDULING ORDER
                                        :
                Plaintiffs,             :
                                        :
        -against-                       :
                                        :
CITY OF NEW YORK, et al.,               :
                                        :
                Defendants.             :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        The oral argument scheduled for May 7, 2010 is rescheduled for July 9, 2010 at 11:00 a.m.

Dated: May 4, 2010
       New York, New York

                          SO ORDERED:

                          WILLIAM H. PAULEY III
                          U.S.D.J.

*Counsel of Record:*

James B. Slaughter, Esq.
Michael G. Murphy, Esq.
Beveridge & Diamond, P.C.
1350 I Street, N.W.
Suite 700
Washington, DC 20005
*Counsel for Plaintiffs*

Hilary Meltzer, Esq.
Sarah Kogel-Smucker, Esq.
New York City Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*

Steven C. Russo, Esq.
Sive, Paget & Riesel, P.C.
460 Park Avenue
New York, NY 10022
*Counsel for Intervenor – Natural Resources Defense Council, Inc.*